CLERK
UNITED STATES BANKRUPTCY COURT
197 S. MAIN STREET, ROOM 274
WILKES-BARRE, PENNSYLVANIA 18701-1598

OFFICIAL BUSINESS

FILED
WILKES-BARRE, PA.
2009 SEP -9 AM 11:02

Leslie B. Handler, Esq
Handler and Wiener
PO Box 1177
Harrisburg, PA 17108